...

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-CV-00657 ZLW-BNB

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois corporation,

Plaintiff

v.

JOHN GEORGE
JEAN GEORGE

Defendants.

## ORDER FOR DISMISSAL PURSUANT TO F.R.C.P. 41(A)

UPON Notice by Plaintiff under Fed. R. Civ. P. 41(a) for voluntarily dismissal with prejudice, and the Court being advised in the matter;

IT IS ORDERED that the Complaint and cause of action are hereby dismissed, with prejudice, Plaintiff to pay its own costs and attorney's fees.

DATED this   25   day of  April , 2007.

BY THE COURT:

*[signature: Zita L. Weinshienk]*
UNITED STATES DISTRICT COURT JUDGE